UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Criminal No. 09-cr-134-02-JL

Paul E. Conway

O R D E R

The assented to motion to reschedule jury trial (document no. 25) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                   /s/ Joseph N. Laplante
                                                 Jospeph N. Laplante
                                                 United States District Judge

Date: November 16, 2009

cc:  John T. Pendleton , Esq.
     David W. Ruoff , Esq.
     Michael J. Iacopino, Esq.
     Jennifer C. Davis, Esq.
     U.S. Marshal
     U.S. Probation